IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA COPELAND, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | No. 1:04-cv-3737-WBH |
| ) | |
| ADP BENEFIT SERVICES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Plaintiff's motion for reconsideration of the Order dismissing this case for failure to effectuate service of process upon the Defendant [8]. This case was filed on December 22, 2004. After issuing an Order to Show Cause and considering Plaintiff's request for additional time to serve the defendant, the Court granted Plaintiff an extension of time until June 17, 2005 to serve the Defendant. Despite that extension, Plaintiff failed to serve the Defendant by the Court-imposed deadline, and the Court dismissed the action.

Under these circumstances, the Court is unwilling to reopen this case. Because the case was dismissed without prejudice, Plaintiff may re-file this action, but she must first pay the required filing fee.

It is so ORDERED, this 28th day of December, 2005.

Willis B. Hunt, Jr.
Judge, United States District Court